

*U.S. Department of Justice*

United States Attorney
Southern District of New York

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 29, 2008

**BY HAND DELIVERY**

Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 735
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 4 2008
```

Re:  **United States v. Andrew Rossi**
     08 Cr. 158 (PAC)

Dear Judge Crotty:

The Government writes to inform Your Honor that on February 26, 2008, a Grand Jury sitting in this District returned the above-captioned indictment charging the defendant, Andrew Rossi, with maintaining drug-involved premises, in violation of Title 21, United States Code, Section 856(a)(2). The case was assigned to Your Honor.

The defendant was previously arrested on the basis of a complaint, and was bailed. The Government writes to request that your Honor schedule (or refer) and arraignment and a subsequent initial pretrial conference. The Government also requests that Your Honor exclude time for purposes of the Speedy Trial Act between today and the date fixed for the pretrial conference, to permit the Government to begin making discovery and to engage in discussions regarding a possible resolution of the case.

**MEMO ENDORSED**



RECEIVED
  0   2008
CHAMBERS OF
HONORABLE PAUL A. CROTTY
U.S.D.J.

The Government respectfully submits that the ends of justice served by such an exclusion outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

Copies of the indictment and complaint are enclosed. Please let me know if you have any questions.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: _____
JEFFREY A. BROWN
Assistant United States Attorney
Telephone: (212) 637-1110

cc (by fax): Anthony Pope, Esq.

Application GRANTED. The arraignment and IPTC will go Forward on Tuesday 3/11/08 at 2:30pm in Courtroom 20C It is further that pursuant to 18 U.S.C. 3161 (b)(8)(A), the time from 2/29/08 until 3/11/08 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public is a speedy trial. So Ordered.

SO ORDERED: MAR 0 4 2008

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE