# Law Office of Anthony J. Pope, P.C.

ANTHONY J. POPE

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
572 MARKET STREET, 2nd FLOOR
NEWARK, NEW JERSEY 07105

(973) 344-4406
Fax (973) 344-3201
Web Sites: www.anthonyjpopelawoffice.com
E-Mail: apope@pope-firm.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 6 2008

March 6, 2008

**VIA FACSIMILE 212-805-6304 ONLY**
The Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
600 Pearl Street, Room 735
New York, New York 10007

Application GRANTED. The conference is adjourned to 3/12/08 at 4:15 pm in Courtroom 20-C.

SO ORDERED: MAR 0 5 2008

_/s/ Paul A. Crotty_
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re:   United States of America v. Andy Rossi
      08 Cr. 158 (PAC) - Request for adjournment

**MEMO ENDORSED**

Dear Judge Crotty:

I respectfully request an adjournment of the Arraignment and Pretrial Conference scheduled before Your Honor on March 11, 2008 at 2:30 p.m in reference to the above-captioned matter due to the fact I will be out of town and will not return until March 11, 2008. There have been no other requests for adjournment.

I have conferred with Jeffrey A. Brown, Assistant United States Attorney and he has consented to the adjournment, and we propose the following alternate dates:

March (12) 13, 18, 2008

At the present time, there are no other dates scheduled.

Thank you in advance for your courtesy.

Respectfully yours,
LAW OFFICE OF ANTHONY J. POPE, P.C.

BY: ANTHONY J. POPE

AJP:cak
Cc: Jeffrey A. Brown, AUSA (via facsimile 212-637-0086 & reg. mail)
    Andy Rossi