UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 8 2008

UNITED STATES OF AMERICA,

Plaintiff(s),

vs.

ANDREW ROSSI,

Defendant(s).

CONSENT ORDER

08 cr 158 (PAC)

THIS MATTER, having been opened to this Court by Anthony J. Pope, Esq., of the Law Office of Anthony J. Pope, P.C., attorneys for defendant, Andrew Rossi and upon consent of Assistant United States Attorney, Jeffrey A. Brown, and it appearing to the Court that the parties have affixed their consent hereto and for good cause having been shown; it is therefore

ON THIS 8 day of April, 2008.

ORDERED that defendant, Andrew Rossi's Passport be returned to him and that he be allowed to travel to Saint Thomas, U.S. Virgin Islands on May 11, 2008 and return to the United States on May 18, 2008, and it is further

ORDERED that defendant, Andrew Rossi be allowed to travel on business to Amherst, New York on May 19 and returning on May 21, 2008, and it is further

ORDERED that Andrew Rossi is to surrender his Passport to the United States Attorneys Office within three (3) days of his return to the United States; and it is further

ORDERED that a copy of this Order be served upon all parties within 3 days from the date hereof.

LAW OFFICE
OF
ANTHONY J. POPE, P.C.

I hereby consent to the form and entry of the within Order.

Office of the United States Attorney
Attorneys for plaintiff
United States of America

BY: _____
Jeffrey A. Brown
Assistant United States Attorney

Law Office of Anthony J. Pope, P.C
Attorney for defendant
Andrew Rossi

BY: _____
Anthony J. Pope

SO ORDERED: APR 0 8 2008

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

LAW OFFICE
OF
ANTHONY J. POPE, P.C.