USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 8 2008

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 7, 2008

By E-Mail

Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: **United States v. Andrew Rossi**
1: 08 cr 00158 (PAC)

Application GRANTED. The conference is adjourned to 5/6/08 at 3:00 pm in Courtroom 20C. It is further that pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from 4/9/08 until 5/6/08 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public is a speedy trial. So Ordered.

SO ORDERED: APR 0 8 2008

/s/ Paul A. Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Dear Judge Crotty:

The Government writes, with the consent of defendant Rossi, and in consultation with Your Honor's Deputy Clerk, to adjourn the pretrial conference currently scheduled for Wednesday, April 9, 2008, to May 6, 2008, to permit the parties to continue to discuss a disposition in the case

The Government requests that the time between today and the new conference date be excluded from the Speedy Trial clock to permit the parties to continue discussions of a possible resolution of the case. The Government respectfully submits that the ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: ___/s/_____
Jeffrey A. Brown
Assistant United States Attorney
(212) 637-1110

cc (by fax):    Anthony Pope, Esq.

**MEMO ENDORSED**