**PICILLO CARUSO POPE**
**EDELL PICINI**
ATTORNEYS AT LAW

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 3 2008

A PROFESSIONAL CORPORATION

| 60 Route 46 East | 111 South | 425 California Street | 303 South Broadway |
| Fairfield, NJ 07004 | Independence Mall | Suite 2025 | Suite 222 |
| 973-667-6000 | East, Suite 1002 | San Francisco, CA 94104 | Tarrytown, NY 10591 |
| Fax 973-667-1200 | Philadelphia, PA 191067 | 415-956-8400 | 914-332-4700 |
| | 215-829-4210 | Fax 415-956-2150 | Fax 914-332-4347 |

Anthony J. Pope, Esq.
apope@pope-firm.com
*May 12, 2008*

The Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
600 Pearl Street, Room 735
New York, New York 10007

Re:   United States of America v. Andy Rossi
      08 Cr. 158 (PAC)

Application GRANTED. The conference is adjourned to 5/28/08 at 4:15 pm in Courtroom 20-C. It is further that pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from 5/6/08 until 5/28/08 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public is a speedy trial. So Ordered.

SO ORDERED: MAY 1 3 2008

*[signature]*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

**MEMO ENDORSED**

Dear Judge Crotty:

   The parties jointly request that the next pretrial conference in the above-captioned matter which had been scheduled for May 6, 2008, by adjourned until Wednesday, May 28, at 4:15 p.m. The parties respectfully request that the Court exclude the time under the Speedy Trial Act until May 28, 2008, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8). The Government consents to this request.

                    Respectfully yours,
                    LAW OFFICE OF ANTHONY J. POPE, P.C.


                    BY: ANTHONY J. POPE

AJP:cak
Cc: Jeffrey A. Brown, AUSA (via facsimile