# PICILLO CARUSO POPE
## EDELL PICINI
### ATTORNEYS AT LAW

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 4 2008

A PROFESSIONAL CORPORATION

| 60 Route 46 East | 111 South | 425 California Street | 303 South Broadway |
| Fairfield, NJ 07004 | Independence Mall | Suite 2025 | Suite 222 |
| 973-667-6000 | East, Suite 1002 | San Francisco, CA 94104 | Tarrytown, NY 10591 |
| Fax 973-667-1200 | Philadelphia, PA 191067 | 415-956-8400 | 914-332-4700 |
| | 215-829-4210 | Fax 415-956-2150 | Fax 914-332-4347 |

Anthony J. Pope
973-344-4406
FAX 973-344-3201
apope@pope-firm.com

June 24, 2008

**VIA FACSIMILE 212-805-6304 ONLY**
The Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
600 Pearl Street, Room 735
New York, New York 10007

SO ORDERED: JUN 2 4 2008
/s/ Paul A. Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re:   *United States of America v. Andy Rossi*
      08 Cr. 158 (PAC) - Request for extension

Dear Judge Crotty:

In reference to the above matter, on today's date, I received a Memorandum in Opposition to defendant's Motion to Dismiss the Indictment by USA, Jeffrey Brown via Electronic Filing. The filing was date stamped as of June 23, 2008. The timely response for the opposition would have been June 20, 2008 not June 23, 2008. Due to the fact we received the opposition late, we are requesting that our response to Mr. Brown's opposition be extended to June 31, 2008 instead of June 27, 2008.

Kindly advise my office is the extension has been granted, so we may mark our calendar accordingly.

Thank you in advance for your courtesy.

Respectfully yours,
LAW OFFICE OF ANTHONY J. POPE, P.C.

BY: ANTHONY J. POPE

AJP:cak
Cc: Jeffrey A. Brown, AUSA (via facsimile 212-637-0086 & reg. mail)
    Andy Rossi

**MEMO ENDORSED**