# PICILLO CARUSO POPE
# EDELL PICINI
### ATTORNEYS AT LAW

A PROFESSIONAL CORPORATION

| 60 Route 46 East | 111 South | 425 California Street | 303 South Broadway |
| Fairfield, NJ 07004 | Independence Mall | Suite 2025 | Suite 222 |
| 973-867-6000 | East, Suite 1002 | San Francisco, CA 94104 | Tarrytown, NY 10591 |
| Fax 973-667-1200 | Philadelphia, PA 191067 | 415-956-8400 | 914-332-4700 |
|  | 215-829-4210 | Fax 415-956-2150 | Fax 914-332-4347 |

Anthony J. Pope, Esq.
apope@pope-firm.com

July 16, 2008

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 21 2008

**VIA FACSIMILE 212-805-6304 ONLY**
The Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
600 Pearl Street, Room 735
New York, New York 10007

Re:   United States of America v. Andy Rossi
      08 Cr. 158 (PAC)

Dear Judge Crotty:

This firm represents the defendant Andy Rossi in connection with the above referenced matter. Presently pending before Your Honor is a suppression motion. With the consent of the court we wish to withdraw the motion.

In accordance with Mr. Ovalles' e-mail, please be advised that we are attempting to speak with Mr. Brown, to resolve this matter. Upon speaking with him, with the Court's permission, we will advise whether a trial date should be set or a change of plea date.

I thank Your Honor in advance for your attention to this matter. Should you require any additional information please let me know.

Respectfully yours,

PICILLO CARUSO POPE
EDELL PICINI, P.C.

BY: ANTHONY J. POPE

AJP:yin
Cc:   Jeffrey A. Brown, AUSA (Via e-mail)

*The Clerk of the Court is directed to terminate the motion to suppress. My courtroom deputy will contact the parties to schedule a conference within the next 10 days.*

SO ORDERED: JUL 21 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE