UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :     INFORMATION

   - v. -                       :     S1 08 Cr. 158 (PAC)

ANDREW ROSSI,                    :

          Defendant.         :

- - - - - - - - - - - - - - - - x

### COUNT ONE

The United States Attorney charges:

1.  On or about March 21, 2007, in the Southern District of New York, ANDREW ROSSI, the defendant, unlawfully, intentionally and knowingly did possess a controlled substance, to wit, anabolic steroids, in violation of Section 844 of Title 21, United States Code.

(Title 21, United States Code, Section 844.)

*Michael Garcia* (signature)

MICHAEL J. GARCIA
United States Attorney

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 19 2008
```